# EXHIBIT A

2511-CC00986

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
CIRCUIT JUDGE DIVISION

| | |
|---|---|
| ALBERT ASA HOVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| BRADLEY ROLAND CHANDLER, | ) JURY TRIAL DEMANDED |
| Serve at: | ) |
| SPECIAL PROCESS SERVER | ) |
| REQUESTED | ) |
| | ) |
| Defendant. | ) |

## PETITION

COMES NOW Plaintiff, Albert Asa Hovis, and for his cause of action against Defendant, Bradley Roland Chandler, states as follows:

1.    Plaintiff Albert Asa Hovis ("Plaintiff") is a resident of St. Charles County in the State of Missouri.

2.    Defendant Bradley Roland Chandler ("Defendant") is a resident of St. Charles County in the State of Missouri.

3.    The events giving rise to this cause of action occurred on the premises owned by Defendant, located at 2049 Southmoor Court, Foristell, Missouri 63348.

4.    Venue is proper in St. Charles County as all of the allegations giving rise to this cause of action occurred in St. Charles County, Missouri.

5.    In approximately 2021, Plaintiff and Defendant entered into an agreement that Plaintiff would pay Defendant $5,000.00 to build Plaintiff's 1972 Chevrolet Camaro race car (hereinafter referred to as "Camaro").

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

6.     Thereafter, Plaintiff delivered to Defendant the Camaro and the materials for installation and fitting for the Camaro.

7      On or about August 8, 2024, Plaintiff contacted Defendant to set up a time to inspect the Camaro, pay the agreed to price, and determine if the Camaro was completed.

8.     Plaintiff entered the property of Defendant and presented to Defendant a check made payable to Defendant for the agreed-upon amount of $5,000.00.

8.     Thereafter, Defendant became agitated and disputed the amount that was owed to him for the work performed and ripped up the $5,000.00 check, which caused a verbal altercation.

9.     During the verbal altercation, Defendant approached Plaintiff in an aggressive and intimidating manner while insisting Plaintiff owed him more money than the previously-agreed upon amount of $5,000.00.

9.     While Plaintiff was sitting in the Camaro to inspect Defendant's work, Defendant suddenly and without warning punched Plaintiff in the left side of the face several times. Once Plaintiff was able to exit the Camaro, Defendant continued to attack Plaintiff.

10.     Plaintiff, in self defense, was able to restrain Defendant from punching him.

11.     At that time, Plaintiff thought Defendant had calmed down, but Defendant proceeded to pick up a large metal pipe or metal bar and began attacking Plaintiff again, striking him in the head with the metal object.

12.     Thereafter, Defendant retreated into his residence, returned with a shotgun, and threatened Plaintiff indicating he was going to "blow him away."

2

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

13.    Plaintiff, in self defense, was able to push the gun away from himself and hold Defendant down in an attempt to avoid being shot by the Defendant.

14.    Plaintiff, fearing for his life, then left the scene and proceeded directly to the St. Charles County Police Department to report the incident.

## COUNT I – ASSUALT

COMES NOW Plaintiff, and for Count I of his cause of action, states as follows:

15.    Plaintiff incorporates by reference paragraphs 1 through 14 as if fully set forth herein.

16.    Defendant aggressively approached Plaintiff in an intimidating manner with the intent to cause Plaintiff bodily harm and/or the apprehension of bodily harm.

17.    Plaintiff was in fact caused to be in apprehension of bodily harm as a result of Defendant's aggressive and intimidating actions towards him.

18.    As a direct and proximate result of the assault, Plaintiff was caused damages in the form of mental distress and anxiety, severe anguish, depression, and the loss of enjoyment of life.

19.    As a further direct result of the aforesaid occurrence, acts, and omissions of Defendant, and the resulting injuries and damages sustained by Plaintiff, Plaintiff has been caused to undergo certain reasonable and necessary medical care and treatment, for which he has been caused to incur or become indebted for an amount not yet determined, and he will be caused to undergo further such care and treatment in the future and to incur or become indebted for further medical care and treatments.

20.    Plaintiff further states that at the time of the incident, he was employed full time; that as a result of his injuries, he has lost wages and earnings, he has been unable to work at the

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

capacity he had prior to this assault and battery, and he will continue to lose further earnings and wages in to the future.

WHEREFORE, Plaintiff demands a jury trial on all counts herein, prays for judgment against Defendant in an amount in excess of $25,000.00 to compensate him for his damages, and for such other and further relief as this Court deems fair and reasonable under the circumstances.

## COUNT II – BATTERY

COMES NOW Plaintiff, and for Count II of his cause of action, states as follows:

21.    Plaintiff incorporates by reference paragraph 1 through 20 as if fully set forth herein.

22.    Defendant physically attacked Plaintiff on the premises located at 2049 Southmoor Court, Foristell, Missouri 63348.

23.    During this attack, Defendant intentionally struck Plaintiff.

24.    As a direct and proximate result of the attack, Plaintiff was caused bodily harm and damages in the form of injury to his body as a whole.  Plaintiff was also caused mental distress and anxiety, severe anguish, depression, and the loss of enjoyment of life.

25.    As a further direct result of the aforesaid occurrence, acts, and omission of Defendant and the resulting injuries and damages sustained by Plaintiff, Plaintiff has been caused to undergo certain reasonable and necessary medical care and treatment, for which he has been caused to incur or become indebted for an amount not yet determined, and he will be caused to undergo further such care and treatment in the future and to incur or become indebted for further medical care and treatment.

26.    Plaintiff further states that at the time of the incident, he was employed full time; that as a result of his injuries, he has lost wages and earnings, he has been unable to work at the

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

capacity he had prior to this assault and battery, and he will continue to lose further earnings and wages in to the future.

WHEREFORE, Plaintiff demands a jury trial on all counts herein, prays for judgment against Defendant in an amount in excess of $25,000.00 to compensate him for his damages, and for such other and further relief as this Court deems fair and reasonable under the circumstances.

### COUNT III – NEGLIGENCE

COMES NOW Plaintiff, and for Count III of his cause of action, states as follows:

27.     Plaintiff incorporates by reference paragraph 1 through 26 as if fully set forth herein.

28.     At all times relevant, Defendant owed Plaintiff a duty of ordinary care to avoid causing Plaintiff bodily harm.

29.     Defendant breached the duty he owed to Plaintiff when he allowed his body to come into contact with Plaintiff's body.

30.     As a direct and proximate result of Defendant's negligence, Plaintiff was caused bodily harm and damages in the form of injury to his body as a whole, and Plaintiff was also caused mental distress and anxiety, severe anguish, depression, and the loss of enjoyment of life.

31.     As a further direct result of the aforesaid occurrence, acts, and omission of Defendant and the resulting injuries and damages sustained by Plaintiff, Plaintiff has been caused to undergo certain reasonable and necessary medical care and treatment, for which he has been caused to incur or become indebted for an amount not yet determined, and he will be caused to undergo further such care and treatment in the future and to incur or become indebted for further medical care and treatment.

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

32.     Plaintiff further states that at the time of the incident, he was employed full time; that as a result of his injuries, he has lost wages and earnings, he has been unable to work at the capacity he had prior to this assault and battery, and he will continue to lose further earnings and wages in to the future.

WHEREFORE, Plaintiff demands a jury trial on all counts herein, prays for judgment against Defendant in an amount in excess of $25,000.00 to compensate him for his damages, and for such other and further relief as this Court deems fair and reasonable under the circumstances.

## COUNT IV – UNJUST ENRICHMENT

COMES NOW Plaintiff, and for Count IV of his cause of action, states as follows:

33.     Plaintiff incorporates by reference paragraphs 1 through 32 as if fully set forth herein.

34.     At the request of Plaintiff, and with the knowledge and consent of Defendant, Plaintiff furnished Defendant certain parts for the vehicle to be rebuilt, and the Camaro remained located at 2049 Southmoor Court, Foristell, Missouri 63348, for approximately three years.

35.     The reasonable value of the Camaro in its current condition is unknown.

36.     The reasonable value of the work performed on the Camaro was $5,000.00.

37.     As a result of Plaintiff having furnished certain parts for the Camaro and the failure of Defendant to allow Plaintiff to obtain his Camaro once the vehicle was completed, Defendant has been unjustly enriched in excess of $25,000.00.

Electronically Filed - St Charles Circuit Div - July 24, 2025 - 01:52 PM

WHEREFORE, Plaintiff demands a jury trial on all counts herein, prays for judgment against Defendant in an amount in excess of $25,000.00 to compensate him for his vehicle, and for such other and further relief as this Court deems fair and reasonable under the circumstances.

TIMOTHY P. PHILIPP, P.C.

By: _____
TIMOTHY P. PHILIPP (#34451)
12741 St. Charles Rock Road
Bridgeton, MO 63044
(314) 209-8555
(314) 209-8558 (Fax)
tim@legalone.us
*Attorney for Plaintiff*

7